**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re RAYMOND GOINS, P54383,<br><br>    Plaintiff.<br>_____/ | No. C 14-02405 CRB (PR)<br><br>ORDER<br><br>(Docket # 5) |

    Good cause appearing, plaintiff's request for an extension of time to file a complaint by a prisoner under the Civil Rights Act and an application to proceed in forma pauperis is GRANTED. Plaintiff shall file a completed complaint and an application to proceed in forma pauperis by no later than TWENTY-EIGHT (28) days from the file date stamped above.

    No further extensions of time will be granted.

    The clerk shall terminate the motion in docket number 5.

    SO ORDERED.

DATED: July 10, 2014

                                                                       CHARLES R. BREYER
                                                                       United States District Judge

G:\PRO-SE\CRB\CR.14\Goins, R.14-2405.eot.wpd