IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re RAYMOND GOINS, P54383,<br><br>Plaintiff.<br>_____ | )<br>)<br>)  No. C 14-2405 CRB (PR)<br>)<br>)  ORDER OF DISMISSAL<br>)<br>)<br>)<br>)<br>) |

      On May 23, 2014, the clerk filed as a new prisoner action a letter by plaintiff complaining of inadequate mental health treatment at California State Prison, Sacramento.  On that same date, the court notified plaintiff in writing that the action was deficient because he did not file an actual complaint or pay the requisite filing fee or, instead, submit a signed and completed court-approved in forma pauperis (IFP) application.  Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.

      Plaintiff was granted an extension of time until August 7, 2014 to filed the requested items.  But he still has not filed the requisite items or sought another extension of time to do so.  The action is DISMISSED without prejudice.

      The clerk shall close the file and terminate all pending motions as moot.

SO ORDERED.

DATED:  Aug. 15, 2014      _____
                             CHARLES R. BREYER
                             United States District Judge